UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cheryl Girard,

        Plaintiff,                             Case No. 03-71785

v.                                                 Hon. Nancy G. Edmunds

International Business Machines
Corporation and Metropolitan Life
Insurance Company,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant International Business Machines Corporation's motion for summary judgment is hereby GRANTED, Defendant Metropolitan Life Insurance Company's motion for summary judgment is hereby GRANTED and the case is hereby DISMISSED.

      SO ORDERED.


                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: March 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2006, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager